**Order entered October 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00760-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A**
**PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant**

**V.**

**DELLA MAE WILLIAMS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18710**

### ORDER

Before the Court is appellant's September 30, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 15, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE